UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCIS MICHAEL
LONGOBARDO,

        Plaintiff,

v.                                                   Case No: 6:21-cv-1255-GKS-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

# ORDER

THIS CAUSE comes before the Court upon Plaintiff, Francis Michael Longobardo's, Uncontested Motion for Attorney's Fees (Doc. 23) (Motion). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation). Defendant, the Commissioner of Social Security, has not opposed the Motion.

Having reviewed and considered the Report and Recommendation (Doc. 24) entered on January 27, 2022, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Leslie Hoffman Price's Report and Recommendation, (Doc. 24), is **APPROVED** and

**ADOPTED,** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff is eligible to receive an Equal Access to Justice Act award as a prevailing party and the requested attorney's fee is reasonable. Plaintiff's Uncontested Motion for Attorney's Fees, (Doc. 23), is **GRANTED**, in accordance with 28 U.S.C. § 2412(d), in the amount of $763.38.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly, in favor of Plaintiff, Francis Michael Longobardo, and against Defendant, Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of February, 2022.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties